UNITED SPECIALTIES COMPANY, Respondent, v. VOGES MANUFACTURING COMPANY, INC., Appellant.— In an action for goods sold and delivered, defendant counterclaimed for damages arising from an alleged breach of contract and for other relief. The court directed a verdict in favor of plaintiff and dismissed the counterclaims. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ.

■

LEONORE WEBER et al., Appellants, v. NEVE FURNITURE CO., INC., Defendant. NEVE FURNITURE CO., INC., Respondent, v. LEONORE WEBER et al., Defendants. — Plaintiffs in Action No. 1 — the defendants in Action No. 2 — appeal from an order denying their motion to consolidate Action No. 2, to recover damages for injury to property pending in the Municipal Court of the City of New York, Borough of Queens, with Action No. 1, to recover for injuries to the person and property pending in the Supreme Court, Nassau County. Order affirmed, without costs. No opinion. Nolan, P. J., Adel, Schmidt and Murphy, JJ., concur. Beldock, J., dissents and votes to reverse the order and to grant the motion. [See *post,* p. 969.]

### (October 18, 1954.)

■

STELLA BURMEISTER et al., Respondents, v. GENERAL ELECTRIC COMPANY, Appellant, et al., Defendant.— In an action to recover damages for injuries to person and property, order denying conditionally appellant's motion, under section 181 of the Civil Practice Act and rule 156 of the Rules of Civil Practice, to dismiss the complaint for lack of prosecution of the action, affirmed, without costs. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.